IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
DWAYNE BENNETT,                 )
                                )
          Plaintiff,            )
                                )
     v.                         )     1:25-cv-762
                                )
MS. DICKENS, SGT. BARRETT,      )
and DR. BALINTINE,              )
                                )
          Defendants.           )
```

## ORDER

On September 9, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 4, 5.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 4), is **ADOPTED. IT IS FURTHER ORDERED** that Plaintiff's claim is **DISMISSED** for lack of federal subject matter jurisdiction, **WITHOUT PREJUDICE** to Plaintiff clarifying and re-filing his claims against individual officers for deliberate indifference under § 1983 if he believes he can state such a claim.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 13th day of November, 2025.

_____
United States District Judge